Office of the Standing Chapter 13 Trustee
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:  CASE NO:  18-31205-BJH-13
ANTHONY LEE & STEPHANIE ROCHELLE SMITH
        DEBTORS

NOTICE OF CONTINUED HEARING ON TRUSTEE'S MOTION TO DISMISS CASE FOR FAILURE TO OBTAIN CONFIRMATION AND/OR REDUCE ATTORNEY FEES

A hearing has previously been scheduled in the above referenced matter. At the pre-hearing conference, all parties present agreed to the continuance of the hearing. Notice is hereby given that the hearing will be continued to the following date:

**September 06, 2018**

due to the following reason:

Per Agreement of the Parties.

On the continued hearing date, a pre-hearing conference will be held at 8:30 a.m. by the Trustee at 105 Decker Court, Suite 120, 1st Floor, Irving, TX 75062. Any objections not resolved or defaulted at the pre-hearing conference will be heard by the Court at 2:00 pm on the 14th Floor, 1100 Commerce Street, Dallas, Texas. All parties present at the previous hearing were notified of the foregoing date and times. No further notice is necessary.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Attorney for Debtors:<br>ALLMAND LAW FIRM PC | /s/ Thomas D. Powers<br>Thomas D. Powers<br>State Bar No. 16218700<br>105 Decker Ct<br>Suite 1150 11th Floor<br>Irving, TX  75062<br>(214) 855-9200 |