Office of the Standing Chapter 13 Trustee
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

IN RE:                                                             CASE NO:  18-31205-BJH-13
**ANTHONY LEE & STEPHANIE ROCHELLE SMITH**
        DEBTORS

## TRUSTEE'S OBJECTION TO CONFIRMATION

Now comes the Standing Chapter 13 Trustee herein and files this "Objection to Confirmation" of the Plan, filed herein by Debtors, and would respectfully show the Court as follows:

The plan does not meet the disposable income test pursuant to 11 U.S.C. Section 1325(b).

- Under *In re Hardacre*, the Unsecured Creditors Pool (UCP) is calculated to be $13,096.80, based on Debtors current income and expenses, and the following changes:

| Line: | Add: | Subtract: | Notes: |
|---|---|---|---|
| Line: 16 | Add: $390.00 | Subtract: $0.00 | Notes: Overstated Per Amended I |
| Line: 25 | Add: $395.00 | Subtract: $0.00 | Notes: Overstated per Amended I |
| Line: 31 | Add: $400.00 | Subtract: $0.00 | Notes: Overstated per Amended J |
| Line: | Add: $0.00 | Subtract: $4,050.00 | Notes: Overstated Net Income (less business expense) |
| Line: 41 | Add: $50.00 | Subtract: $0.00 | Notes: Overstated per Amended I |

WHEREFORE, the Standing Chapter 13 Trustee prays that said Plan not be Confirmed unless and until it has been modified to cure all objections set forth herein above, and for general relief.

                                                                     Respectfully submitted,
                                                                     THOMAS D. POWERS, CHAPTER 13 TRUSTEE

                                                                     By: /s/ Heena Hirani

                                                                     Heena Hirani
                                                                     State Bar No. 24069925
                                                                     Attorney For Tom Powers
                                                                     105 Decker Ct
                                                                     Suite 1150 11th Floor
                                                                     Irving, TX  75062
                                                                     (214) 855-9200
                                                                     Fax: (214) 965-0758