Weldon Reed Allmand
State Bar No. 24027134
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway, Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax

ATTORNEY FOR DEBTOR(S)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 18-31205-13 |
| Anthony Lee Smith and § | |
| Stephanie Rochelle Smith § | |
| Debtor. § | |
| § | HEARING DATE:  10/4/2018 |
| § | HEARING TIME:         2:00m |

**MOTION TO REINSTATE CHAPTER 13**
**CASE FOR PURPOSES OF CONVERSION**

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW Debtor, Anthony Lee Smith and Stephanie Rochelle Smith, and requests an order reinstating the above referenced Chapter 13 case after dismissal, and would show the Court as follows:

1. This Court has jurisdiction over this matter pursuant to 11 U.S.C. §105 and 28 U.S.C. §1334. This matter constitutes a core proceeding pursuant to 28 U.S.C. §157(b).

2. Debtors filed his petition in bankruptcy under Chapter 13 on 4/2/2018.

3. Debtors' case was dismissed for failure to make plan payments. The debtors have agreed that they will pay current by the hearing.

WHEREFORE, PREMISES CONSIDERED, Debtor Anthony Lee Smith and Stephanie Rochelle Smith respectfully requests that the Court enter an order reinstating his case under Chapter 13, and for any and such other relief as the Court may deem just.

Dated: <u>September 27, 2018</u> .

        Respectfully Submitted,

        ALLMAND LAW FIRM, P.L.L.C.

        <u>/s/ Weldon Reed Allmand</u>
        Weldon Reed Allmand
        State Bar No. 24027134
        ALLMAND LAW FIRM, P.L.L.C.
        860 Airport Freeway, Suite 401
        Hurst, TX 76054
        214.265.0123 Phone
        214.265.1979 Fax

        ATTORNEY FOR DEBTOR(S)

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on September 27, 2018  the office of Allmand Law Firm, PLLC did confer with the Chapter 13 Trustee's office and was advised that the Trustee is unopposed to the filing of this motion.

By: /s/ Weldon Reed Allmand
Weldon Reed Allmand
State Bar No. 24027134

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 27, 2018 , a true and correct copy of the foregoing was served on all parties in interest below and on the attached mailing matrix.

**DEBTOR**:
Anthony Lee Smith
Stephanie Rochelle Smith
4323 Marigold Trail
Mesquite, TX 75150

**STANDING CHAPTER 13 TRUSTEE**:
Tom Powers
Office of the Standing Ch. 13 Trustee
125 E. John Carpenter Freeway

**U.S. TRUSTEE**
Room 976
1100 Commerce Street
Dallas, TX 75242

By: /s/ Weldon Reed Allmand
Weldon Reed Allmand
State Bar No. 24027134