

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

_____

**Signed November 14, 2018**                                **United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | CASE NO. **18-31205** |
| | § | |
| **ANTHONY AND STEPHANIE SMITH** | § | CHAPTER 13 |
| | § | |
| DEBTOR(S) | § | BARBARA J. HOUSER |

### ORDER REINSTATING CASE AND SETTING ASIDE DENIAL OF CONFIRMATION ORDER OF CHAPTER 13 CASE

This cause having come before the Court on Debtors' Motion to Vacate Dismissal Order and Reinstate Chapter 13 Case and the Court having reviewed the Motion and having considered the premise contained therein, it is ORDERED and ADJUDGED that:

1.     Debtors' Motion to Vacate Order Dismissing Case be and hereby is GRANTED.

2. Debtors' Chapter 13 case shall herewith be reinstated pursuant to law.

3. That the Order Denying Confirmation entered by the Court on September 17, 2018, is hereby set aside and the Debtors' Chapter 13 Plan filed on July 20, 2018 is confirmed with a UCP of $13,096.80. A confirmation order will be submitted to the Court upon entry of this order.

###End of Order###

Approved by:

/s/ Heena Hirani_____ _____
Staff Attorney for Chapter 13 Trustee
State Bar No. 24069925
105 Decker Court, Suite 1150
Irving, Texas 75062
214-855-9200
Fax 214-965-0758
Email: heena@dallach13.com


/s/ Nicholas Inman_____
Nicholas Inman
Attorney for Debtors